| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF TENNESSEE |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  *Collectible Supplies Inc.*

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  *26-3979884*

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| *2814 W. Wood St.* *Paris, TN 38242* | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| *Henry* | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   *www.collectible-supplies.com*

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Collectible Supplies Inc.**  Case number (*if known*)
　　　　Name

7. **Describe debtor's business**  A. *Check one:*

　☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

　☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

　☐ Railroad (as defined in 11 U.S.C. § 101(44))

　☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

　☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

　☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

　■ None of the above

　B. *Check all that apply*

　☐ Tax-exempt entity (as described in 26 U.S.C. §501)

　☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

　☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

　C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　**4591**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

　☐ Chapter 7

　☐ Chapter 9

　■ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

　☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

　■ No.
　☐ Yes.

　District _____  When _____  Case number _____
　District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

　■ No
　☐ Yes.

Debtor **Collectible Supplies Inc.** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor **Collectible Supplies Inc.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 17, 2024**
MM / DD / YYYY

X **/s/ Jeff Peterson**
Signature of authorized representative of debtor

**Jeff Peterson**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ C. Jerome Teel Jr.**
Signature of attorney for debtor

Date **July 17, 2024**
MM / DD / YYYY

**C. Jerome Teel Jr. 016310**
Printed name

**Teel & Gay, PLC**
Firm name

**79 Stonebridge Blvd.**
**Suite B**
**Jackson, TN 38305**
Number, Street, City, State & ZIP Code

Contact phone **(731)424-3315**    Email address **jerome@tennesseefirm.com**

**016310 TN**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | *Collectible Supplies Inc.* | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TENNESSEE** | ☐ Check if this is an |
| Case number (if known): | | amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *Amazon Lending*<br>*410 Terry Ave. North*<br>*Seattle, WA 98109-5210* | | *Amazon retail account - Retail Sales account* | | $145,114.00 | $65,530.88 | $79,583.12 |
| *American Express*<br>*P.O. Box 6031*<br>*Carol Stream, IL 60197-6031* | | *Business Platinum* | | | | $338,618.00 |
| *Bank of America*<br>*P.O. Box 15220*<br>*Wilmington, DE 19886-5220* | | *PPP Loan SBA Loan # 534210770* | | | | $144,723.00 |
| *Bank of America Business Card*<br>*P.O. Box 15796*<br>*Wilmington, DE 19886-5796* | | *Business Advantage Visa* | | | | $45,825.00 |
| *Bank of America Business Card*<br>*P.O. Box 15796*<br>*Wilmington, DE 19886-5796* | | *Business Advantage Visa* | | | | $39,563.00 |
| *Bank of America Business Card*<br>*P.O. Box 15796*<br>*Wilmington, DE 19886-5796* | | *Business Advantage Visa* | | | | $5,458.00 |
| *Bluevine Capital, Inc.*<br>*401 Warren Street, Suite 300*<br>*Redwood City, CA 94063* | | | | | | $37,474.00 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 1

Debtor **Collectible Supplies Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bluevine Capital, Inc.**<br>**401 Warren Street, Suite 300**<br>**Redwood City, CA 94063** | | | | | | $32,550.00 |
| **Everest Business Funding**<br>**8200 NW 52 TERRACE, Floor 2**<br>**Miami, FL 33166** | | | | | | $116,368.00 |
| **Jeff Peterson**<br>**53 Tamatha Dr.**<br>**Paris, TN 38242** | | **Loan from Shareholder** | | | | $158,771.00 |
| **Leaf Commercial Capital, Inc.**<br>**P.O. Box 5066**<br>**Hartford, CT 06102-5066** | | | | | | $50,000.00 |
| **Loanbuilder by Paypal**<br>**c/o Swift Financial LLC**<br>**3505 Silverside Rd.**<br>**Wilmington, DE 19810** | | | | | | $107,818.00 |
| **Mulligan Loans, LLC**<br>**4619 Viewridge Ave**<br>**San Diego, CA 92123** | | | | | | $165,571.00 |
| **Overton Funding LLC**<br>**2801 N. 29th Ave.**<br>**Hollywood, FL 33020** | | | | | | $70,405.00 |
| **Paypal Working Capital**<br>**P.O. Box 45950**<br>**Omaha, NE 68145-0950** | | **PayPal retail sales account - Retail sales account** | | $69,488.00 | $10,000.00 | $59,488.00 |
| **Pro-Mold, Inc.**<br>**P.O. Box 127**<br>**Kipton, OH 44049-0127** | | | | | | $8,111.14 |
| **Rapid Finance**<br>**4500 East West Highway**<br>**6th Floor**<br>**Bethesda, MD 20814** | | | | | | $104,615.00 |

Debtor **Collectible Supplies Inc.**　　　　　Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rawlings Sporting Goods Co., Inc**<br>**111 Westport Plaza Drive**<br>**Suite 100**<br>**Saint Louis, MO 63146** | | | | | | **$15,449.00** |
| **Safilo Group**<br>**Safilo USA, Inc.**<br>**300 Lighting Way**<br>**Suite 400**<br>**Secaucus, NJ 07094** | | | | | | **$4,968.00** |
| **Wilson Sporting Goods**<br>**Amer Sports**<br>**130 East Randolph Street**<br>**Suite 600**<br>**Chicago, IL 60601** | | | | | | **$21,860.00** |

.

Amazon Lending
410 Terry Ave. North
Seattle, WA 98109-5210

American Express
P.O. Box 6031
Carol Stream, IL 60197-6031

Balboa Capital
P.O. Box 844803
Los Angeles, CA 90084

Bank of America
Business Card
P.O. Box 15796
Wilmington, DE 19886-5796

Bank of America
Business Card
P.O. Box 15796
Wilmington, DE 19886-5796

Bank of America
Business Card
P.O. Box 15796
Wilmington, DE 19886-5796

Bank of America
P.O. Box 15220
Wilmington, DE 19886-5220

Bluevine Capital, Inc.
401 Warren Street, Suite 300
Redwood City, CA 94063

Bluevine Capital, Inc.
401 Warren Street, Suite 300
Redwood City, CA 94063

Everest Business Funding
8200 NW 52 TERRACE, Floor 2
Miami, FL 33166

First Citizens Bank
21146 Network Pl.
Chicago, IL 60673

First Citizens Bank
21146 Network Pl.
Chicago, IL 60673

Jeff Peterson
53 Tamatha Dr.
Paris, TN 38242

Leaf Commercial Capital, Inc.
P.O. Box 5066
Hartford, CT 06102-5066

Loanbuilder by Paypal
c/o Swift Financial LLC
3505 Silverside Rd.
Wilmington, DE 19810

Mulligan Loans, LLC
4619 Viewridge Ave
San Diego, CA 92123

Overton Funding LLC
2801 N. 29th Ave.
Hollywood, FL 33020

Paypal Working Capital
P.O. Box 45950
Omaha, NE 68145-0950

Pro-Mold, Inc.
P.O. Box 127
Kipton, OH 44049-0127

Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814

Rawlings Sporting Goods Co., Inc
111 Westport Plaza Drive
Suite 100
Saint Louis, MO 63146

Safilo Group
Safilo USA, Inc.
300 Lighting Way
Suite 400
Secaucus, NJ 07094

Small Business Administration
801 Tom Martin Dr.
Ste. 120
Birmingham, AL 35211

Small Business Administration
801 Tom Martin Dr.
Ste. 120
Birmingham, AL 35211

Small Business Administration
801 Tom Martin Dr.
Ste. 120
Birmingham, AL 35211

The Wiffle Ball, Inc.
275 Bridgeport Ave.
P.O. Box 193
Shelton, CT 06484-0193

West Tennessee Bank
92 Exeter Rd
Jackson, TN 38305

Wilson Sporting Goods
Amer Sports
130 East Randolph Street
Suite 600
Chicago, IL 60601

# United States Bankruptcy Court
## Western District of Tennessee

In re  **Collectible Supplies Inc.**  
　　　　　　　　　　　　　　　Debtor(s)

Case No. _____  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Collectible Supplies Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

*Jeff Peterson*  
*53 Tamatha Dr.*  
*Paris, TN 38242*

☐ None [*Check if applicable*]

| | |
|---|---|
| *July 17, 2024* | */s/ C. Jerome Teel Jr.* |
| Date | **C. Jerome Teel Jr. 016310** |
| | Signature of Attorney or Litigant |
| | Counsel for **Collectible Supplies Inc.** |
| | *Teel & Gay, PLC* |
| | *79 Stonebridge Blvd.* |
| | *Suite B* |
| | *Jackson, TN 38305* |
| | *(731)424-3315 Fax:(731)424-3501* |
| | *jerome@tennesseefirm.com* |