**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: COLLECTIBLE SUPPLIES, INC. | CHAPTER 11 |
| | CASE NO. 24-10884 |
| **DEBTOR** | |

**MOTION FILED BY DEBTOR-IN-POSSESSION TO SHORTEN TIME PERIOD FOR NOTICE OF HEARING PURSUANT TO RULES 2002, 4001(b) and LBR 9003-1AS TO DEBTOR-IN-POSSESSION'S MOTION PURSUANT TO 11 U.S.C. §363 TO USE CASH COLLATERAL**

Comes now the Debtor and Debtor-in-Possession ("DIP"), by and through attorney of record, C. Jerome Teel, Jr., and moves the Court for an Order to shorten the time period for Notice of Hearing on the Debtor-in-Possession's Motion Pursuant to 11 U.S.C. §363 to Use Cash Collateral. The DIP requests that the time for notice of hearing on the DIP's motion be shortened and that the DIP's request for an Interim Order be scheduled for hearing on August 1, 2024. In support of said Motion to Shorten Time, the DIP would show unto the Court as follows:

1. The DIP"s Motion Pursuant to 11 U.S.C. §363 seeks Interim and Final orders authorizing the Debtor to Use Cash Collateral.

2. Rule 4001(b)(2) of the Federal Rules of Bankruptcy Procedure states that the court may commence a final hearing on a motion for authorization to use cash collateral "no earlier than 14 days after service of the motion". However, the rule also provides that the court may conduct a preliminary hearing before such 14-day period expires to authorize the use of cash collateral as is necessary to "avoid immediate and irreparable harm to the estate pending final hearing".

3. Immediate and irreparable harm to the estate will result of the Debtor's is not authorized to use cash collateral on an interim basis to fund payroll and other operating expenses.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

Document    Page 2 of 2


WHEREFORE, PREMISES CONSIDERED, the DIP requests:

(A)   for service of process on all appropriate parties;

(B)   for an "expedited" hearing convenient with the Court;

(C)   for a Court Order to shorten the time period for Notice of Hearing on the DIP's Motion for an Interim Order Pursuant to 11 U.S.C. §363 [Docket #9 ] to be shortened set for hearing on August 1, 2024;

Respectfully submitted this 18th day of July, 2024.

/s/ C. Jerome Teel, Jr.
C. Jerome Teel, Jr., BPR No. 016310
79 Stonebridge Blvd, Suite B
Jackson TN 38305
Phone: (731) 424-3315
Fax: (731) 424-3501
bankruptcy@tennesseefirm.com

CERTIFICATE OF SERVICE

I, C. Jerome Teel, Jr., Counsel for the Debtor, do hereby certify that a true and exact copy of the foregoing Motion has been served by US Mail, postage prepaid or by e-mail on the 18th day of July, 2024 to the following: Debtor, 2814 W. Wood St., Paris TN 38242; US Trustee, 200 Jefferson, Suite 400, Memphis, TN 38103; matrix.

*/s/ C. Jerome Teel, Jr.*
C. Jerome Teel, Jr.