**Dated: July 24, 2024**
**The following is SO ORDERED:**

_____
**Jimmy L. Croom**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**IN RE: COLLECTIBLE SUPPLIES, INC.**                    **CHAPTER 11**

                                                        **CASE NO.  24-10884**

**DEBTOR**
_____

ORDER GRANTING MOTION TO TO SHORTEN TIME PERIOD FOR NOTICE OF HEARING
PURSUANT TO RULES 2002,  4001(b) and LBR 9003-1AS TO DEBTOR-IN-POSSESSION'S
MOTION PURSUANT TO 11 U.S.C. §363 TO USE CASH COLLATERAL
_____

It appearing to the court that good cause was shown to advance the Hearing on Debtor in

Possession's Motion Pursuant to 11 U.S.C. §363 to Use Cash Collateral [Docket #9];

IT IS THEREFORE ORDERED that the hearing on the Debtor in Possession's Motion

Pursuant to 11 U.S.C. §363 to Use Cash Collateral [Docket # 9] be, and the same hereby is, advanced

and the hearing on said Motion shall be set on August 1, 2024 at 9:30 a.m.

*        *        *

APPROVED FOR ENTRY

/s/ C. Jerome Teel, Jr.
C. Jerome Teel, Jr., No. (016310)
Attorney for Debtor
Teel & Gay, PLC
79 Stonebridge Blvd, Suite B
Jackson TN 38305
Phone: (731) 424-3315
bankruptcy@tennesseefirm.com


Mailing Information:
Debtor,
 All entities on the mailing matrix.