**Dated: August 12, 2024**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

IN RE:        COLLECTIBLE SUPPLIES, INC.        CHAPTER 11 CASE NO. 24-10884

**DEBTOR(S)**
_____

**INTERIM ORDER AUTHORIZING THE USE OF CASH COLLATERAL
PURSUANT TO 11 U.S.C. §363**
_____

THIS MATTER came on before the Court on the Debtor's Motion for an interim order to authorize the Debtor to use cash collateral and providing adequate protection [Docket # 9] and Objection thereto filed by Overton Funding, LLC ("Overton") [Docket # 25]. The Court finds that the motion is well-taken and should be granted. Based on the motion, the stipulation of the parties and the Court's findings, the Court orders as follows:

1. The Motion is granted to the extent provided herein.

2. Subject to the terms and conditions of this Interim Order and the Stipulation Resolving Overton's Objection to Use of Cash Collateral [Docket # 32], the Debtor shall be entitled to use Cash Collateral, including the funds in the Amazon

account referenced in the Debtor's motion, from and after the Petition Date through the date that is forty-five (45) days after the Petition date (the "Specified Interim Period") in accordance with the budget attached as Exhibit A to the Debtor's Motion ("Budget"). The Debtor may spend up to 105% of the total amounts of expenditures set forth in the Budget during the Specified Interim Period.

3. The Objection filed by Overton [Docket # 25] is resolved by separate stipulation [Docket # 32] incorporated herein by reference.

4. Nothing in this Interim Order shall be construed to be an adjudication as to the extent, validity or priority of any creditor's security or security interests as of the date of the filing of the Petition, and nothing in this Interim Order shall be construed as an improvement in the pre-petition security interests of any creditor.

5. This Interim Order shall be immediately effective and enforceable upon its entry and there shall be no stay of execution or effectiveness of this Interim Order. The rights of all parties in interest to object to the terms of the Final Order at the Final hearing are expressly reserved.

6. The Debtor is hereby authorized and directed to perform all acts, take any action, and execute and comply with the terms of such other documents, instruments and agreements as may be reasonably required to effectuate the terms and conditions of this Interim Order.

7. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Interim Order.

8. All objections to the Debtor's motion to the extent not withdrawn or resolved are

hereby overruled on an interim basis.

9. The Final Hearing to consider entry of the Final Order is scheduled for September 19, 2024 at 9:30 a.m. central time at the United States Bankruptcy Court, Western District, Eastern Division.

10. On or before August 15, 2024, the Debtor shall serve by United States mail, first class postage prepaid, notice of the entry of this Interim Order and the notice of the Final Hearing to all parties on the matrix.

11. Notwithstanding the terms of this Interim Order, the Court is not precluded from entering a final order containing provisions that are inconsistent with or contrary to the terms in the Interim Order. Further, the entry of this Interim Order shall not preclude the rights of any creditor or the Debtor with respect to relief sought at the final hearing.

APPROVED FOR ENTRY:

/s/ C. Jerome Teel, Jr.
C. Jerome Teel, Jr. BPR 016310
Attorney for the Debtor
79 Stonebridge Blvd, Suite B
Jackson, TN 38305
731-424-3315
731-424-3501 (fax)
bankruptcy@tennesseefirm.com

Attorneys for Overton Funding, LLC

/s/ Erin Malone-Smolla
Erin Malone-Smolla
BRADLEY ARANT BOULT CUMMINGS, LLP
1221 Broadway, Suite 2400
Nashville TN 37202
Phone: (615) 252-2307
Fax: (615) 252-6307
Esmolla@bradley.com

and

/s/ Shanna M. Kaminski
Shanna M. Kaminski
KAMINSKI LAW, PLLC
P.O. Box 247
Grass Lake, Michigan 49240
Phone (248) 462-711
skaminski@kaminskilawpllc.com